# Exhibit 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MAGISTRATE JUDGE: THERESA CARRROLL BUCHANAN

UNITED STATES OF AMERICA

-VS-

HEARING: R5     CASE #: 19CR362
DATE: 12/13/19   TIME: 2:00pm
TYPE: FTR RECORDER   DEPUTY CLERK: T. FITZGERALD

Brian Carpenter

COUNSEL FOR THE UNITED STATES: J. Walter
COUNSEL FOR THE DEFENDANT: w/o
INTERPRETER: _____ LANGUAGE: _____

( X ) DEFENDANT APPEARED:    (   ) WITH COUNSEL    ( X ) WITHOUT COUNSEL
( X ) DEFT. INFORMED OF RIGHTS, CHARGES, PENALTIES and/or VIOLATIONS
(   ) COURT TO APPOINT COUNSEL _____    ( X ) DFT. TO RETAIN COUNSEL
(   ) GVT. CALL WITNESS & ADDUCES EVIDENCE
(   ) EXHBIT # _____ ADMITTED
(   ) PROBABLE CAUSE: FOUND (   ) / NOT FOUND (   )
(   ) PRELIMINARY HEARING WAIVED
(   ) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY
(   ) DEFT. ADMITS VIOLATION (   ) DFT. DENIES VIOLATION (   ) COURT FINDS DFT. IN VIOLATION

MINUTES: Deft. stated that he has retained counsel - not present. USA is not seeking detention at this time. Deft. released on Bond w/conditions.

CONDITIONS OF RELEASE:
($      ) UNSECURED ($      ) SECURED ( X ) PTS (   ) 3RD PARTY (   ) TRAVEL RESTRICTED
(   ) APPROVED RESIDENCE ( X ) SATT (   ) PAY COSTS (   ) ELECTRONIC MONITORING (   ) MENTAL HEALTH TEST/TREAT (   ) ROL (   ) NOT DRIVE (   ) FIREARM ( X ) PASSPORT ( X ) AVOID CONTACT
(   ) ALCOHOL & DRUG USE ( X ) EMPLOYMENT

(   ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHALS
(   ) DEFENDANT CONTINUED ON SAME CONDITIONS OF PROBATION

NEXT COURT APPEARANCE: 12/19/19 at 2:00pm before Nachmanoff
(   ) DH (   ) PH ( X ) STATUS (   ) TRIAL (   ) JURY (   ) PLEA (   ) SENT (   ) PSV (   ) SRV (   ) RS